Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000664
08-FEB-2016
02:33 PM

NO. CAAP-15-0000664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CATHERINE R. SNEYERS, individually, and as
Special Administrator of the Estate of Edward Robert
McCarthy-Slaughter, Deceased; and ROSIE RAMOS as
Next Friend to Edward R.J. Slaughter and Alexander S.
McCarthy Slaughter, minors, Plaintiffs-Appellants, v.
THE COUNTY OF HAWAI'I, a governmental entity, Defendant and
Cross-Defendant-Appellee, SM INVESTMENT PARTNERS, Defendant
and Cross-Claimant-Appelee, MARY A. ULRICH, CHARLES W.
DAHLBERG, PETER JAMES KAWOHIKIALANI DAHLBERG,
and DOE DEFENDANTS 1-10, Defendant-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 10-1-0294)

ORDER APPROVING THE JANUARY 14, 2016
STIPULATION FOR DISMISSAL OF A DOCKETED APPEAL
WITH PREJUDICE OF ALL CLAIMS OF ALL REMAINING PARTIES
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of
a Docketed Appeal with Prejudice of All Claims of All Remaining
Parties," filed on January 14, 2016, and the record, and noting
no opposition, it appears that (1) Plaintiffs-Appellants
Catherine R. Sneyers, individually, and as Special Administrator
of the Estate of Edward Robert McCarthy-Slaughter, Deceased; and
Rosie Ramos, as Next Friend to Edward R.J. Slaughter and

Alexander S. McCarthy Slaughter, minors, and Defendant-Appellant The County of Hawai'i stipulate to dismiss Appeal No. CAAP-15-0000664; (2) the parties' attorneys have signed the stipulation; (3) the stipulation provides that the parties are to pay their own costs and attorney's fees; (4) the appeal has been docketed; (5) no payment is due; and (6) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval of the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-15-0000664 is dismissed.

DATED: Honolulu, Hawai'i, February 8, 2016.

Presiding Judge

Associate Judge

Associate Judge

2